# CASE ANNOUNCEMENTS
*February 23, 2010*

[Cite as *02/23/2010 Case Announcements*, 2010-Ohio-614.]

## MOTION AND PROCEDURAL RULINGS

**In re Karnofel.**
On February 10, 2010, this court found Delores M. Karnofel to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Karnofel was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On February 17, 2010 and February 19, 2010, Karnofel submitted motions for leave to proceed. Upon review of the proffered documents, the court finds them without merit. Accordingly,

It is ordered by the court that Delores M. Karnofel's motions for leave are denied.

## MISCELLANEOUS DISMISSALS

**2010-0154.  State v. Cunningham.**
Wood App. No. WD–08–063, 2009-Ohio-6970. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due February 16, 2010, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

It is ordered by the court that this cause is dismissed sua sponte.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 14.6(E):

**2009–2136.  State ex rel. Brown v. Strickland.**
In Mandamus.

**2009–2165.  State ex rel. Pollock v. Lillian & Betty Ratner School, Inc.**
In Mandamus.

**2009–2217.  Ceccarelli v. Levin.**
Board of Tax Appeals, No. 2007–V–391.

# CASE ANNOUNCEMENTS
*February 24, 2010*

[Cite as *02/24/2010 Case Announcements*, 2010-Ohio-620.]

## MISCELLANEOUS DISMISSALS

**2009–1515.  State ex rel. Schaeffer v. Indus. Comm.**
Franklin App. No. 08AP–913, 2009-Ohio-3354. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.